# SUPREME COURT.

NANNING VANDERHEYDEN, respondent, agt. WILLIAM GARY
and others, appellants.

Notices of pendency and returns to attachments, may be *amended* by inserting in
the notices and inventories, a specific description of a lot of land *omitted by
mistake.*

*Albany General Term, December,* 1869.

APPEAL from an order made at special term by Justice
INGALLS, amending notices of pendency and the returns to
attachments by inserting in the notices and inventories, a
specific description of a lot of land omitted by mistake.

The language of the inventory on the return to the attach-
ments was: "One farm of land, being partly situated in
the town of Brunswick and the city of Troy, known as the
Gary farm, and containing three hundred and fifty acres of
land, be the same more or less; a printed discription of
said farm is hereunto annexed." The notices of pendency
contained the same specific description.

The printed description referred to was very long, and
embracing specific descriptions of a large number of separate
lots, but a specific description of one lot of twenty acres
was omitted.

The motion papers showed:

*First.* That the defendants owned, and were in possession
of the twenty acre lot at the time of the issuing of the
attachments.

*Second.* That this was known to the deputy sheriff who
had charge of the attachments, that he intended to levy on
the twenty acre lot, and to include it in the printed descrip-
tion, supposed it was included, but that it was omitted by
oversight and inadvertence.

*Third.* That the twenty acre lot has, for more than twenty years, been known as a part of the so-called Gary farm.

*Fourth.* That shortly after the levy under the attachments, the defendants made a general assignment for the benefit of creditors, that this lot is claimed and this motion is opposed by the *assignee alone, and that no one else has any interest adverse to the plaintiff.*

. C. E. PATTERSON, *for appellants.*

IRVING BROWN, *for respondents,* cited, as to the validity of the levy, (7 *How.,* 381 ; 8 *How.,* 77 ; 20 *How.,* 430 ; as to the power to amend, 1 *Cow.,* 430; 8 *How.,* 79 ; and as to the rights of the assignee, 17 *N. Y.,* 28, 580).

*By the Court.*—Order affirmed.